UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| LEAR CORPORATION, *et al.*, | ) Case No. 09-14326 (ALG) |
|  | ) (Jointly Administered) |
| Debtors. | ) |

## VERIFIED STATEMENT PURSUANT TO RULE 2019(a)
## OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to the provisions of Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's multiple representations in this case:

1. The name and address of the creditors represented by the Law Firm of Russell R. Johnson III, PLC are:

    A.    The Detroit Edison Company, and Michigan Consolidated Gas Company
            Attn: Michael T. Wood, Esq.
            DTE Energy Company
            One Energy Way
            Suite 688 WCB
            Detroit, Michigan 48226

    B.    Ohio Edison Company, and FirstEnergy Solutions Corp.
            Attn: Christine Weber, Esq.
            FirstEnergy Corp.
            76 S. Main St., A-GO-15
            Akron, OH 44308

    C.    American Electric Power
            Attn: Gregory Holland
            40 Franklin Road
            P.O. Box 2021
            Roanoke, VA 24022-2121

D.  Duke Energy Carolinas, LLC
    Attn: Yvonne Crenshaw
    Duke Energy Corporation
    Office of General Counsel
    526 South Church Street – EC03T
    Charlotte, NC 28202

2. The nature and the amount of claims (interests) and the times of acquisition thereof are as follows:

(a) The Detroit Edison Company, Michigan Consolidated Gas Company, Ohio Edison Company, American Electric Power, Duke Energy Carolinas, LLC and FirstEnergy Solutions Corp. have unsecured claims against one or more of the above-referenced debtors arising from pre-petition utility usage.

(b) For more information regarding the foregoing utility companies' interests and claims in this case, refer to the *Objection of Certain Utility Companies To the Debtors' Motion For Entry of Interim and Final Orders Determining Adequate Assurance of Payment For Future Utility Services* filed in connection with this pleading.

3. The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing creditors in July 2009.

LAW FIRM OF RUSSELL R. JOHNSON III, PLC
By: /s/ Russell R. Johnson III
Russell R. Johnson III

Russell R. Johnson III appeared before me this 22nd day of July 2009, and acknowledged that the representations in the foregoing statement are true to the best of his knowledge, information and belief.

NOTARY PUBLIC

_Margaret C Gardner Ward_

My commission expires: Oct 31, 2011